THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* GEORGE BISSERT, Respondent and Appellant.

*People* v. *Bissert*, 71 App. Div. 118, affirmed.
(Argued October 31, 1902; decided November 18, 1902.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1902, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York entered upon a verdict convicting the defendant of the crime of bribery, affirmed an order of said Court of General Sessions denying defendant's motion for a new trial, in so far as the same is based upon questions of fact, and dismissed an appeal from an order of said court denying defendant's motion in arrest of judgment.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for plaintiff, appellant and respondent.

*J. Rider Cady, H. C. Henderson, F. B. House* and *L. G. Vorhaus* for defendant, respondent and appellant.

Order affirmed; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. GRAY, J., concurs upon the sole ground that it was prejudicial error to receive the evidence of the witness Drexler as to the conversation between the complainant and the defendant.